## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CARLENS RIGAUD,

     Plaintiff,

v.

PTG LOGISTICS, LLC,

     Defendant.

Civil Action No. _____

### NOTICE OF REMOVAL

Defendant PTG Logistics, LLC, ("PTG" or "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove this matter to the United States District Court for the District of Massachusetts, Eastern Division.  The grounds for removal are as follows:

### THE ACTION AND RELEVANT BACKGROUND

1.     Plaintiff filed a Complaint and Demand for Jury Trial against PTG on or about October 24, 2022, in the Superior Court of the Commonwealth of Massachusetts for Norfolk County, Case No. 2282CV01006 ("State Court Action").

2.     On or about December 1, 2022, copies of the Complaint and Civil Action Cover Sheet in connection with the State Court Action were served on PTG.

3.     Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings, papers, and orders filed in this action in the Superior Court of the Commonwealth of Massachusetts for Norfolk County are attached as **Exhibit A**.

4.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed with this Court within thirty days of service of the Summons and Complaint in the State Court Action.

5.     No Further Proceedings have occurred in the State Court Action.  PTG has not

served any answer or responsive pleadings to the Complaint, nor made any appearance or argument before the Norfolk County Superior Court of the Commonwealth of Massachusetts.

6.    The State Court Action is being removed to this Court on the grounds that original jurisdiction of this action is in this Court.  Specifically, all of the parties are of diverse citizenship and more than $75,000 is in controversy.

## DIVERSITY JURISDICTION

7.    This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, because the parties are diverse and the amount in controversy exceeds $75,000.

8.    Plaintiff is a citizen of Massachusetts.  Compl. ¶ 1.  Defendant is a corporation organized under the laws of Delaware, with a principal place of business in Mason, Ohio.

9.    Plaintiff asserts claims for misclassification under M.G.L. c. 149, wage violations in under of M.G.L. c. 149 and 151, quantum meruit, and race discrimination and retaliation under M.G.L. c. 151B.  Compl., Counts I-VI.  The amount in controversy exceeds $75,000 as Plaintiff seeks to recover back pay, front pay and other damages.  At the time of filing Plaintiff alleges that his emotional distress damages were over $50,000 and he claims other damages of over $100,000.00.  Compl. Civil Action Cover Sheet.  Additionally, Plaintiff seeks to recover for emotional distress, punitive damages, as well as attorneys' fees and costs.  Compl., Prayer for Relief.

10.    Because United States District Courts have original jurisdiction over actions brought by diverse citizens when the amount in controversy is greater than $75,000, pursuant to 28 U.S.C. § 1332(a), removal of this case to this Court under the circumstances herein is proper.

11.    Accordingly, the State Court Action is removable to the Court under 28 U.S.C. § 1441(a)

12.     Venue is proper because the Norfolk County Superior Court of the Commonwealth of Massachusetts, the court where the State Court Action is pending, is embraced within "the district and division" of this Court.  28 U.S.C. § 1441(a).

13.     By copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all Parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

14.     Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

15.     Defendant will notify the Norfolk County Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal.  A copy of that notification, which will be sent to the Norfolk County Superior Court, is attached as **Exhibit B**.

WHEREFORE, Defendant prays that the State Court Action now pending against it in Norfolk County Superior Court of the Commonwealth of Massachusetts be removed to this Court.

Respectfully submitted,

PTG Logistics, LLC,

By its attorneys,

*/s/ Austin D. Jones*
Sarah B. Herlihy, BBO # 640531
Austin D. Jones, BBO # 709313
Jackson Lewis P.C.
Sarah.Herlihy@jacksonlewis.com
Austin.Jones@jacksonlewis.com
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116

Dated: December 19, 2022                    (617) 367-0025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2022, a true copy of the foregoing Notice of Removal was filed with the Clerk of the Court using the CM/ECF system, with a copy sent to counsel Suzanne L. Herold by electronic mail.

/s/ *Austin D. Jones*
Jackson Lewis P.C.

4890-1144-3268, v. 1