# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CARLENS RIGAUD
Plaintiff

                                       CIVIL ACTION
                                       NO. 22cv12154-WGY

V.

PTG LOGISTICS LLC
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on November 13, 2023, that the above-entitled action has been settled.

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                                                                 By the Court,

November 13, 2023                                     /s/Matthew A. Paine
Date                                                          Deputy Clerk